# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dina Klein,

          Plaintiff,

v.

The Affiliated Group, Inc.,

          Defendant.

Civil No. 18-cv-949 DWF/ECW

**ORDER FOR
SETTLEMENT CONFERENCE**

    This case has been reassigned from Magistrate Judge Leung to Magistrate Judge Wright.  The dates in the scheduling order that was issued by Magistrate Judge Leung on August 22, 2018 at Dkt No. 21 remain in effect, with the exception that the dates listed in this ORDER govern the dates in which the confidential letters are due.  Parties may disregard the dates listed in the Pretrial Scheduling Order at 6. b. that were required by Magistrate Judge Leung.

    Magistrate Judge Elizabeth Cowan Wright will hold a settlement conference on **January 10, 2019, at 10:00 a.m. in Courtroom 3C, of the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101**.  All participants should plan on spending the entire day and evening, if necessary, at this settlement conference.

**WHO MUST ATTEND**

    Counsel who <u>will actually try the case</u> and <u>each party, armed with full settlement authority</u>, shall be present in person.

- This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit or "cap" on his or her authority, this requirement is not satisfied.

- If individuals are parties to this case, they must be present in person.

- If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present in person. If a general counsel or in-house counsel is designated to represent a non-government entity at the settlement conference, then such counsel shall also be accompanied by an entity representative whose primary duties do not include practicing law and who has full authority to make a final decision.

- If an insurance company is involved on behalf of any party, a representative of the insurer with the power to pay the policy limits must also attend the settlement conference.

**MEETING AHEAD OF THE CONFERENCE**

To encourage the parties to address settlement on their own, counsel must speak directly with one another either by telephone or in person on or before **December 27, 2018**, to engage in a full and frank discussion of settlement. Prior to or during this meeting, the parties must exchange at least one round of a demand from the plaintiff and a specific offer from the defendant or defendants. A non-specific offer or demand (e.g., "Defendants will pay 'nuisance value'") does not meet this requirement. A party may not refuse to respond to the other party's demand/offer on the grounds that their demand/offer was "unrealistic" or "unreasonable."

**CONFIDENTIAL LETTERS TO THE COURT**

If the case does not settle prior to the settlement conference, counsel for each party shall email the Magistrate Judge Wright's chambers on or before **January 3, 2019**, a

confidential letter setting forth:

**I.      Concise and Objective Summary of the Case**

      A.      Factual Summary

      Please provide an *objective* summary of the facts, including identification of any facts that are unknown or in dispute. In addition, please provide any important history or dynamics of the relationship between the parties.

      B.      Procedural Posture

      C.      Costs and Fees

      Specify the total costs and fees expended to date, as well as the anticipated costs and fees through summary judgment (if applicable) and through trial.

**II.     A Reasoned Analysis of Liability and Damages**

Please provide your assessment of the merits of your case, including an itemized computation (or refutation) of damages. In addition, please include a candid assessment of the weaknesses (*e.g.*, bad key witness) of *your* case.

      A.      Liability

      This section should include a concise analysis of any remaining significant legal issues with citation to relevant authority.

      B.      Damages

      This section should include a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations.

      C.      Candid Discussion of Weaknesses of Your Case

**III.    Settlement**

      A.      Summary of Settlement Discussions to Date

      This section must include the parties' respective settlement positions before and after the meeting required by this Order.

      B.      Any Obstacles to Settlement

            In this section describe any barriers to settlement, including unrealistic client expectations or emotional investment in the case.

      C.      Non-Monetary Terms

            In this section describe any non-monetary terms that are important to resolving this matter.

      D.      Insurance

            Include in this section the policy limits, any reservations, and whether the defense is within limits or separate therefrom.

**IV.  Attending Parties**

Please identify (by name and title) each person who will attend the settlement conference, and also identify which person has full authority to settle the case.

**V.  Other**

Please provide any other information you believe would be useful to the Court in resolving this matter.

These letters are for the Court's use only and should not be served on opposing counsel.

The should be emailed to magistrate_wright_chambers@mnd.uscourts.gov.

**FAILURE TO COMPLY**

      Failure of any party or insurance company to comply with any part of this Order may result in the postponement of the settlement conference or imposition of an appropriate sanction on the party, company or attorney who failed to comply, or both.

Dated:  October 22, 2018           *s/Elizabeth Cowan Wright*
                                       ELIZABETH COWAN WRIGHT
                                       United States Magistrate Judge