# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Dina Klein,

          Plaintiff,

v.

The Affiliated Group Inc., and
Credit Management, L.P.,

          Defendants.

**COURT MINUTES**
BEFORE: Elizabeth Cowan Wright
U.S. Magistrate Judge, Courtroom 3C

Civil Case No.: 18-cv-949 (DWF/ECW)
Date: December 14, 2018
Court Reporter: N/A
Time Commenced: 2:07 p.m.
Time Concluded: 2:57 p.m.
Time in Court: 50 minutes

APPEARANCES:

For Plaintiff:      James R. Mayer
For Defendants:     Xerxes Martin and Patrick M. Biren

Plaintiff's Motion to Compel and for Sanctions (Dkt. No. 30).
Plaintiff's Motion to Amend the Amended Complaint (Dkt. No. 34).

**MOTIONS TAKEN UNDER ADVISEMENT**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                                                                             s/SGK
                                                                   Signature of Law Clerk